UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHELSEA MCPHERSON,

                    Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

Case No. 3:15-cv-05363-KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS

        Plaintiff's application to proceed *in forma pauperis* (*see* Dkt. 1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $400.00 Court filing fee.

        DATED this 8th day of June, 2015.


                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER - 1